IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-229-RJC-DCK

| | |
|---|---|
| JOSHUA M GREEN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SYNTHES, INC., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by Carl. H. Petkoff, concerning Sara S. Svedberg, on April 25, 2023. Sara S. Svedberg seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. Sara S. Svedberg is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: April 25, 2023

David C. Keesler
United States Magistrate Judge