IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-229-RJC-DCK

| | |
|---|---|
| JOSHUA M. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SYNTHES USA SALES, LLC, SYNTHES, ) | |
| INC., SYNTHES USA PRODUCTS, LLC, ) | |
| SYNTHES USA, LLC, DEPUY SYNTHES ) | |
| SALES, INC., and SYNTHES USA HQ, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Notice Of Substitution Of Parties" (Document No. 22) filed July 19, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Notice Of Substitution Of Parties" (Document No. 22) is **GRANTED**. Synthes, Inc., Synthes USA, LLC, Synthes USA HQ, Inc., and Synthes USA Products, LLC shall be substituted by DePuy Synthes Products, Inc.

**IT IS FURTHER ORDERED** that DePuy Synthes Sales, Inc. and DePuy Synthes Products, Inc. shall be the only named Defendants.

**SO ORDERED**.

Signed: July 19, 2023

David C. Keesler
United States Magistrate Judge